# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED

JUN 17 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _a cc_ DEPUTY

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOE ANGEL RODRIGUEZ,

        Defendant.

CASE NO. 13cr4356-MMA

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_    the Court has dismissed the case for unnecessary delay; or

\_\_\_    the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_    the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_    a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_    the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) as charged in the Information:

8:1324(a)(2)(B)(iii); 18:2

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JUNE 17, 2015

Nita L. Stormes
U.S. Magistrate Judge